IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, et al. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 1:25-cv-336-LG-BWR |
| CHRIS GRAHAM, Mississippi Commissioner of Revenue | DEFENDANT |

## FINAL JUDGMENT

For the reasons set forth in the Order of Dismissal for Lack of Jurisdiction entered herewith, this Court finds that the plaintiffs' claims against the defendant should be dismissed for lack of standing.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**SO ORDERED AND ADJUDGED** this the 15th day of December, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE